IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

ANTONIO KENDRELL DAVIS                                                                              PLAINTIFF

v.                                         Case No. 5:13-CV-05286

SHERIFF TIM HELDER; PROSECUTING
ATTORNEY JOHN THREET; JUDGE WILLIAM
STORY; MAGISTRATE RAY A. REYNOLDS;
and DEPUTY PUBLIC DEFENDER DENNY
HYSLIP                                                                                          DEFENDANTS

**O R D E R**

      Currently before the Court is the report and recommendation (Doc. 7) filed in this case on February 13, 2014, by Erin L. Setser, United States Magistrate for the Western District of Arkansas. The time for filing objections has passed with no objections having been filed by any party.

      The Court has reviewed this case and, being well and sufficiently advised, finds as follows: the Report and Recommendation is proper and should be and hereby is ADOPTED IN ITS ENTIRETY. Accordingly, for the reasons stated in the Magistrate's report and recommendation, IT IS ORDERED that Plaintiff's Complaint be DISMISSED WITH PREJUDICE for failure to state a claim and because claims are asserted against individuals immune from suit. The Clerk is directed to place a § 1915(g) strike flag on the case.

      Judgment will be entered accordingly.

      IT IS SO ORDERED this 7th day of March, 2014.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE